*Ted Frame (SBN 023736)*
*ted@frame-matsumot.com*
*Gary J. Coelho, II (SBN 283068)*
*gary@frame-matsumoto.com*
*FRAME, MATSUMOTO & COELHO*
*Attorneys at Law*
*201 Washington Street*
*P.O. Box 895*
*Coalinga, CA 93210*
*Telephone: (559) 935-1552*
*Facsimile: (559) 935-1555*

FILED
MAY 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

*Attorneys for Plaintiffs, MICHAEL F. JAURENA, as an individual, and MICHAEL F. JAURENA and TRACEY JAURENA, as Trustees of the Michael and Tracey Jaurena 2008 Living Trust*

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. JAURENA, as an individual and MICHAEL F. JAURENA and TRACEY JAURENA, as Trustees of the Michael and Tracey Jaurena 2008 Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>ALCANTARA RESOURCES CORPORATION, a Nevada corporation, and CARLOS T. ALCANTARA,<br><br>Defendants. | Case No. 1:12-CV-02070-AWI-GSA<br><br>**NOTICE OF DISMISSAL** |

LAW OFFICES OF
FRAME & MATSUMOTO
201 WASHINGTON STREET
P.O. BOX 895
COALINGA, CA 93210

1

NOTICE OF DISMISSAL

1  Pursuant to FRCP 41(a)(1), Plaintiffs hereby dismiss this action, without prejudice, but
2  request that the Court retain jurisdiction to enforce a settlement agreement between the parties.
3  Defendants have not filed an Answer or Motion for Summary Judgment. They have not
4  filed or appeared. However, on March 13, 2013, Plaintiffs and Defendants executed a Settlement
5  Agreement. The Settlement Agreement provides, in pertinent part, that this action is to be
6  dismissed without prejudice, but the Court is to retain jurisdiction to enforce the Settlement
7  Agreement.

Dated: May 21, 2013

FRAME, MATSUMOTO & COELHO

*Ted R. Frame*

Ted R. Frame,
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: May 22, 2013

Anthony Ishii,
United States District Judge

LAW OFFICES OF
FRAME & MATSUMOTO
201 WASHINGTON STREET
P.O. BOX 895
COALINGA, CA 93210

2
NOTICE OF DISMISSAL